

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00226-CR
### NO. 02-14-00227-CR

TERRY DEWAYNE HODGES                                          APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NOS. 1364189D, 1364191D

----------

## MEMORANDUM OPINION[1]

----------

On May 2, 2014, as part of a plea-bargain agreement, Appellant Terry Dewayne Hodges pleaded guilty to two counts of credit card abuse. The trial court sentenced him to ten months' confinement for each count, to run concurrently. Appellant filed a notice of appeal on June 2, 2014. The trial court's

---

[1]*See* Tex. R. App. P. 47.4.

certifications state that these were plea-bargain cases and that Appellant had no right to appeal.

On June 4, 2014, we notified Appellant that the certifications indicating that he had no right to appeal had been filed in this court, and that these appeals could be dismissed unless Appellant or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals by June 16, 2014. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response. Accordingly, in accordance with the trial court's certifications, we dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J. ; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 14, 2014